RECEIVED

JUN 1 4 2021

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

**21-cv-1675**

CADDO PARISH JUVENILE COURT

CASE NO# 160531

_____

Jeanelle Jackson

Petitioner,

v.

N*OTICE TO THE*

*COURT*

STATE OF LOUISIANA

LASHUNDA  PRIM, JORDAN HUGHES
KIMBERLY L. SMITH, RENEE COTE, GEORGE HARP
DAVID MATLOCK

Repondent.

_____

**NOTICE OF FEE SCHEDULE, ACCEPTANCE OF LIABILITY BOND FOR PROTECTION FROM CORPORATE ABUSE, FALSE ARREST, VICTIMLESS CHARGES, AND BILL OF ATTAINER**

I, Jeanella Jackson, Pro Se, one of the People living on the land within the state commonly known as Louisiana, am hereby, giving this NOTICE to the STATE OF LOUISIANA, a Corporation; CADDO PARISH JUVENILE COURT, a Corporation with offices located at 1835 Spring St., Shreveport, La 71101 and its employees and franchises; its officers, agents, principals, all other corporations, and anyone to whom it may concern, of the following.

As a peaceful woman desiring to live lawfully, not only legally, with all my freedom, I am claiming my God's given unalienable right and providing you with this NOTICE as an remedy for the jury to consider that some of your employees

and /or public officers corrupt and refuse the understanding Corpus Delicti. Your claimed violation of the thousands of Federal, State, Parish, City regulations and/or statutes does not constitute a proof of crime deserving punishment absent an injury or loss.

This NOTICE is a just, modest self-defense and warning, which well below the precedent set by James C. Trezevant v. City of Tampa wherein the damages established were at $25,000 for 23 minutes of unlawful detainment. That remedy calculates to more than $1.5 million per day!

**FEE SCHEDULE**

A. Ten (10) troy ounce of .999 pure gold (or its equivalent) per count of violation of any of my unalienable rights under any and all circumstances. Included in these rights hereby claimed in this matter is the right to engage in trade and habitation peacefully.
B. $300 in troy ounce of .999 pure gold (or its equivalent) per hour for any of my time defending myself or time consumed in detention, imprisonment, or attempts by an employees/ public officers/magistrates/judges/citizens to establish jurisdiction over myself by duress, deceit and without my express written consent.
C. $300.00 in troy ounce of .999 pure gold (or its equivalent) per hour for any of my time consumed while being 1) detained by any man/woman acting under the color of law; 2) stopped by any statue-enforcing officer from any legal department and/or corporation.

Let it be clear that the People is not a person; a person is definition of your fictitious entity, corporation and is not the People. True sovereignty in America and within all free nation on Earth lies with the living and breathing people who have rights endowed by our Creator, God.

Let it be clear that I am not the subject of CADDO PARISH JUVENILE COURT Corporation, which may be operating under color of law.

Let it be clear, therefore, that I hereby declare that I am one of the People of the state known as Louisiana, the competent and sovereign power that controls all governments. Let it be clear that I am endowed by my creator, God, with unalienable rights as vested by God in the People within these united states of America.

This is a lawful paper to be enforced by the People and for the people on the land commonly known as America, in any court within this state known as Louisiana and in any court within this union known as the united states of America.

The Supreme Court has stated in US v. Cruikshank, 92 US 551: "The people of the United States resident within any State subject to two Government: one State, and the other National; but there need be no conflict between the two. The powers which one possesses, the other does not. They are established for different purposes and have separate jurisdictions. Together they make one whole, and **furnish the people** of the United States with a complete government,' **ample for the protection of all their rights at home and abroad"**.

I am one of the People as recognized in America's founding documents, including the Magna Carta, The Articles of Confederation, the Declaration of Independence, and the original Constitution for the united states of America and State of Louisiana.

I **Demand** my biological property: BRAYLEN C. JACKSON, JAY'WONN M. JACKSON, MAR'RIAH F. J. JACKSON, JO'MARIEA C. JACKSON, ART'TRELLE G. JACKSON, AND MARKYA L. JACKSON be Retuned immediately within 72 hrs. of you receiving this

TO ALL GOVERNMENT AGENTS

May 16, 2021

Notice to Agent is Notice to principle, Notice to principle is Notice to Agent.

A warrant must be issued and be signed (no rubber stamp) by a judge who has jurisdiction; must state the facts showing jurisdiction; must be based upon probable cause; must name the offence committed; must contain an affidavit (under oath) by the accuser, stating FIRST HAND facts constituting a crime; must name the party to be arrested, or describe her/him sufficiently to identify her/him; must offer the warrant and the affidavit for inspection upon request; no handcuffs; must take me immediately before a magistrate, and hold me for no other purposes (no photographs, no fingerprints); You are responsible for everything that happens to me even if you relinquish custody to an assign; Unlawful arrest is assault, battery & trespass; There is no immunity in a false arrest case; Good faith is not a defense to sustain false arrest.

Lastly... If warrant states as cause to issue, a mere civil/statutory infraction not rising to the level of a capital crime... the officer must produce title to your biological property/body before said officer can make the arrest and take possession of the biological property.  You do not by accommodation, accept the offer of arrest for statutory infraction unless the statue defines a capital crime and probable cause exists.

### ACKNOWLEDGMENT OF NOTARY

State of Louisiana

Parish of Caddo

On the _16_ day of _May_____, 2021, before me,
_Victor Charles Brown_____ a Notary
Name of Notary Public

Personally appeared _Jeanell Jackson_ known to me ( or proved to me on the basis of satisfactory evidence of identification) to  be a living, natural woman whose name is subscribe upon these instrument(s) and acknowledged to me that they executed the same in their authorized capacity and by their signatures on this instrument, Jeanell: Jackson  has acted on behalf of the persons who executed this instrument.

Victor Charles Brown

Notary Signature

Seal

VICTOR CHARLES BROWN
NOTARY PUBLIC ID #035507
CADDO PARISH, LOUISIANA
MY COMMISSION IS PERMANENT