UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JEANELLE JACKSON | CIVIL ACTION NO. 21-cv-1675 |
| VERSUS | JUDGE WALTER |
| STATE OF LOUISIANA ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** as to all defendants.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 9th day of July, 2021.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE